**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Pablo C.N.,

Plaintiff,

v.

Todd Blanche, et al.,

Defendant.

Civ. No. 26-3325 (JWB/EMB)

**ORDER FOR DISMISSAL**

---

The plaintiff and Todd Blanche, et al. have filed a Stipulation of Dismissal (Doc. No. 10). Based on that Stipulation, Todd Blanche, et al. is **DISMISSED WITHOUT PREJUDICE** and judgment will be entered. Each party to bear their own costs, disbursements, and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 27, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Court Judge